DE LANCEY CLEVELAND, PLAINTIFF IN ERROR, v. STEW-
ART HARTSHORNE, DEFENDANT IN ERROR.

On error to the Essex Circuit Court.

For the plaintiff in error, *Benjamin A. Vail.*

For the defendant in error, *John O. H. Pitney.*

PER CURIAM. The judgment in this case is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, GARRISON, MAGIE, REED, VAN SYCKEL, BOGERT, BROWN, CLEMENT, KRUE-GER, SMITH, WHITAKER. 11.

*For reversal*—None.